IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        vs.<br><br>AMOGH KARNEY,<br><br>                              Defendant. | **8:24-CR-18**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the United States' Motion to Dismiss the Indictment without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Filing 23. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED: The Indictment, Filing 1, is dismissed without prejudice.

Dated this 21st day of May 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge