IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>AMOGH KARNEY,<br><br>              Defendant. | 8:24-CR-18<br><br><br>ORDER ON REQUEST FOR TRANSCRIPT |

      This matter is before the Court on the Request for Transcript filed by attorney Brian L. Palmer presumably on behalf of interested party Narke Ashstreet, LLC. Filing 36. The request relates to a transcript of the defendant's Initial Appearance and Arraignment held on February 12, 2024. Filing 13 (Text Minute Entry). The request is granted, provided Mr. Palmer contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. Otherwise, the request is denied. Accordingly,

      IT IS ORDERED that the Request for Transcript filed by attorney Brian L. Palmer, Filing 36, is granted as to the February 12, 2024, transcript under the conditions described above, and is otherwise denied. The Clerk shall mail a copy of this Order to Brian L. Palmer at the address provided in Filing 36.

      Dated this 16th day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1